UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

iMerchandise, LLC                                    :
                                                     :
                    PLAINTIFF,                       :
                                                     :          Civil Action No.: 3:20-cv-00248
          v.                                         :
                                                     :
TSDC, LLC                        :
                                                     :
                    DEFENDANTS.                      :

## NOTICE OF APPEARANCE

Attorney Anthony Corleto, Esq. hereby appears as counsel in this case for defendant

TSDC, LLC.

Dated:  Stamford, Connecticut,
          March 17, 2020

RESPECTFULLY SUBMITTED,


By:/s/ Anthony Corleto
     Anthony Corleto (ct13520)
*Attorney for TSDC, LLC*
Wilson Elser Moskowitz Edelman &
     Dicker LLP
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com
File No.: 214714.00004

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2020, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

RESPECTFULLY SUBMITTED,

Wilson Elser Moskowitz Edelman & Dicker LLP

<u>/s/ Anthony Corleto</u>
Anthony Corleto (ct13520)